No. 94–416. MALIA ET AL. *v.* GENERAL ELECTRIC CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–5760. BOWIE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–6097. HERNANDEZ COPLIN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–38. MORELAND *v.* RESOLUTION TRUST CORPORATION. C. A. 6th Cir. Motion of Fifth RMA Partners, Real Party in Interest, for leave to substitute Fifth RMA Partners as party respondent granted. Certiorari denied.

No. 94–300. T. B. BUTLER PUBLISHING CO., INC. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS ET AL. C. A. 5th Cir. Motion of petitioner for leave to lodge sealed record excerpts granted. Certiorari denied.

OCTOBER 28, 1994

No. 94–5484. HOLMES *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 31, 1994

No. 93–9478. SIMON *v.* MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. E. B.* v. *Alabama ex rel. T. B.*, 511 U. S. 127 (1994).

No. 94–334. WILLIAMS ET AL. *v.* PLANNED PARENTHOOD SHASTA-DIABLO, INC. Sup. Ct. Cal. Certiorari granted, judg-